|   |   |
|---|---|
| 1 | BIRNBERG & ASSOCIATES |
|   | CORY A. BIRNBERG (SBN 105468) |
| 2 | 1083 Mission St., Third Floor |
|   | San Francisco, California 94103 |
| 3 | Telephone Number: (415) 398-1040 |
| 4 | Facsimile Number: (415) 398-2001 |

5  Attorneys for Plaintiff,
   JONAS ROWE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JONAS ROWE, an individual, | ) | Case No.  C 11-4979 CW |
|---|---|---|
| Plaintiff, | ) | (~~Proposed~~) |
|  | ) | ORDER RE APPEARANCE AT |
|  | ) | CASE MANAGEMENT |
|  | ) | CONFERENCE |
| vs. | ) |  |
|  | ) | Date: January 18, 2012 |
| HORNBLOWER FLEET, its engines, | ) | Time: 2:00 p.m. |
| tackle, equipment, furnishings, and | ) | Place: Courtroom 2 |
| machinery, *in rem*, HORNBLOWER | ) | 4th Floor, 1301 Clay St. Oakland CA 94612 |
| CRUISES AND EVENTS, a business entity | ) |  |
| of unknown form, *in*, | ) |  |
|  | ) |  |
| Defendants. | ) |  |

   Based upon the request of the Plaintiff's trial counsel to appear by telephone, or in the alternative, an attorney from the Plaintiff's counsels office familiar with the case, and good cause appear therefor,

   IT IS SO ORDERED that Plaintiff's trial counsel may appear by telephone, or an attorneys from Plaintiff's office familiar with the case may appear.

Dated: 1/17/2012

B: _____
The Honorable Claudia Wilken
United States District Court Judge