IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JONAS ROWE,

    Plaintiff,

  v.

HORNBLOWER FLEET, et al.,

    Defendants.
_____/

No. C 11-04979 CW

ORDER OF REFERENCE TO MAGISTRATE JUDGE UPON CONSENT AND SETTING CERTAIN CASE MANAGEMENT DATES

    On January 18, 2012, a case management conference was held in the above-captioned case. Cory Birnberg appeared for Plaintiff. Richard Wootton appeared for Defendant. On February 21, 2012, the parties consented to proceed before a United States Magistrate Judge by executing a stipulation.

    IT IS HEREBY ORDERED that pursuant to 28 U.S.C. § 636(c) and Rule 73, Federal Rules of Civil Procedure, the above-captioned case is referred for all further proceedings in the case, including trial, and the entry of a final judgment to Magistrate Judge Spero to be heard and considered at the convenience of his calendar. Counsel shall contact Karen Hom, Magistrate Judge Spero's Courtroom Deputy at (415)522-2035 to set up a telephonic status conference to confirm dates. Magistrate Judge Spero will set a trial date on or about April 15, 2013.

    IT IS FURTHER ORDERED, upon the agreement of counsel, that the following case management dates are set:

Completion of discovery other than from experts: 10/1/12

Disclosure of identities and reports of expert witnesses: 10/15/12

Rebuttal: 11/15/12

Completion of discovery from experts: 12/31/12

All motions directed to the merits of the case noticed for hearing no later than: 1/10/13

Dated: 2/24/2012

CLAUDIA WILKEN
United States District Judge

cc: MagRef; JCS

2